In the Matter of SOL SCHENFELD, Respondent, against CATHERINE LAWLOR et al., Appellants.

Submitted October 21, 1954; decided December 3, 1954.

*Caesar L. Pitassy* and *John B. Ball* for appellants.
*Isidore Miller* for respondent.

*Per Curiam.* In the absence of permission by the Appellate Division to appeal upon one or more certified questions, this appeal must be dismissed, since the order appealed from is not one for a new hearing in place of an old hearing, but **directs** a hearing to be had for the first time (Civ. Prac. Act, § 588, subd. 3; Cohen and Karger, Powers of the New York Court of Appeals, pp. 283–284).

The appeal should be dismissed, with costs.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur; VAN VOORHIS, J., taking no part.

Appeal dismissed.